MORNING TELEGRAPH COMPANY, Respondent, *v.* THE CITY OF
NEW YORK, Appellant.

Reported below, 132 App. Div. 634.
(Submitted October 4, 1909; decided October 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate
Division of the Supreme Court in the first judicial department,
entered June 8, 1909, affirming a judgment in favor of plain-
tiff entered upon a verdict directed by the court in an action
to recover payment for publication of certain election notices.

The motion was made upon the ground that the action was for
services, the judgment of the Appellate Division unanimous,
and, therefore, not appealable of right to the Court of Appeals,
and that permission to appeal had not been obtained.

*Ernest W. Marlow* and *Thomas W. Churchill* for motion.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), opposed.

Motion denied, with ten dollars costs.